# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WORSTEN MACK ANDREWS,

    Plaintiff.

    v.

CITY OF PITTSBURG, et al.,

    Defendants.

Case No. 17-cv-00228-JCS

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 54

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 12, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **April 26, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on April 12, 2019, for failure to prosecute, and for failure to comply with the Court's Order of April 8, 2019.

IT IS SO ORDERED.

Dated: April 15, 2019

                                                  _____
                                                JOSEPH C. SPERO
                                                Chief Magistrate Judge