NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORSTEN ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PITTSBURG, a municipal corporation; OFFICER MICHAEL KEEFE, individually and in his Official Capacity as a Police Officer for the CITY OF PITTSBURG; DOES 1-50, inclusive; individually and in their official capacities and POLICE OFFICERS for the CITY OF PITTSBURG,<br><br>    Defendant. | Case No. C17-228 JCS<br><br>**CITY OF PITTSBURG RELATED DEFENDANTS' NOTICE OF APPEAL**<br><br>Judge:        Hon. Joseph C. Spero<br><br>Trial Date:  October 7, 2019 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants CITY OF PITTSBURG and SGT. MICHAEL KEEFE, hereby appeal the Court's Order Denying Defendants' Motion for Summary Judgment (ECF 68, filed 7-3-19), in regards to the Court's denial of qualified immunity for Defendant Sgt. Keefe, per Plaintiff's Fourth Amendment excessive force claim.  This appeal includes Plaintiff's remaining state law claims including negligence against only the City of Pittsburg (on a Respondeat Superior theory) and battery against only Sgt. Keefe, both of which are based on Plaintiff's claim that unreasonable force was used on him and both of which are inextricably

CITY OF PITTSBURG RELATED
DEFENDANTS' NOTICE OF APPEAL, C17-228
JCS

intertwined and directly related with the constitutional issues that remain, per the appellate court's pendent appellate jurisdiction. *Cunningham v. Gates*, 229 F.3d 1271, 1285 (9th Cir. 2000). As such, all claims are at issue in this appeal.

Dated:  July 16, 2019                    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:    /s/ Rothman, Amy
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE

CITY OF PITTSBURG RELATED DEFENDANTS' NOTICE OF APPEAL, C17-228 JCS

2