NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORSTEN ANDREWS, | Case No. C17-228 JCS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CITY OF PITTSBURG, a municipal corporation; OFFICER MICHAEL KEEFE, individually and in his Official Capacity as a Police Officer for the CITY OF PITTSBURG; DOES 1-50, inclusive; individually and in their official capacities and POLICE OFFICERS for the CITY OF PITTSBURG, | |
| Defendant. | |

The parties to the above entitled action hereby provide the Court with the following Notice of Settlement:

The parties have settled the case and have now executed a Settlement Agreement and Release in this action. A settlement draft has been ordered and once delivered to Plaintiff's counsel, a dismissal of this action will be filed with the Court, which the parties believe will be on file in the next 30-45 days. The parties wanted to notify the Court of this settlement due to the fact that there are Pretrial filing deadlines coming up on August 21, 2019, with a Pretrial Conference scheduled for September 20, 2019, and a trial in this matter scheduled for October 7,

2019.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 13, 2019     Law Offices of Brittany Hendrix-Smith

By: /s/ Smith, Brittany H.
Brittany H. Smith
Attorney for Plaintiff, WORSTEN ANDREWS

Dated: August 13, 2019     MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Rothman, Amy S.
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE