1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  McNamara, Ney, Beatty, Slattery,
   Borges & Ambacher LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   WORSTEN ANDREWS,                    Case No. C17-228 JCS
12
                 Plaintiff,            **STIPULATION AND [PROPOSED]**
13                                     **ORDER DISMISSING ENTIRE ACTION,**
          vs.                          **WITH PREJUDICE**
14
   CITY OF PITTSBURG, a municipal      Judge:  Hon. Joseph C. Spero
15 corporation; OFFICER MICHAEL KEEFE,
   individually and in his Official Capacity as
16 a Police Officer for the CITY OF
   PITTSBURG; DOES 1-50, inclusive;
17 individually and in their official capacities
   and POLICE OFFICERS for the CITY OF
18 PITTSBURG,

19               Defendant.

20

21        The relevant parties, by and through their respective attorneys of record, hereby stipulate

22 and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire

23 action, against Defendants CITY OF PITTSBURG and OFFICER MICHAEL KEEFE, and any

24 and all employees and/or agents of the City of Pittsburg, with prejudice.  Each party agrees to

25 bear its own fees and costs as to this dismissal

26

27 / / /

28 / / /

   STIPULATION AND ORDER DISMISSING
   ENTIRE ACTION, WITH PREJUDICE, C17-228
   JCS

*(left margin, vertical text)* McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1       The parties attest that concurrence in the filing of these documents has been obtained from

2  each of the other Signatories, which shall serve in lieu of their signatures on the document.

3       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4

5  Dated: August 26, 2019        Law Offices of Brittany Hendrix-Smith

6                                 By:  /s/ Smith, Brittany H.

7                                   Brittany H. Smith
                                 Attorney for Plaintiff,
                                 WORSTEN ANDREWS

8  Dated:  August 26, 2019      MCNAMARA, NEY, BEATTY, SLATTERY,

9                                 BORGES & AMBACHER LLP

10

11                                 By:   /s/ Rothman, Amy

12                                   Noah G. Blechman
                                 Amy S. Rothman

13                                   Attorneys for Defendants
                                 City of Pittsburg and Officer Michael Keefe

14

15                                  **ORDER**

16  **PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

17       The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by

18  Plaintiff.  Each party to bear its own fees and costs as to this dismissal.

19       IT IS SO ORDERED

20

21  Dated:  _____, 2019     By: _____

22                                     Hon. Joseph C. Spero
                                   U.S. Chief Magistrate Judge

23

24

25

26

27

28

*Left margin (vertical):* McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330