NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, and OFFICER MICHAEL KEEFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORSTEN ANDREWS,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF PITTSBURG, a municipal corporation; OFFICER MICHAEL KEEFE, individually and in his Official Capacity as a Police Officer for the CITY OF PITTSBURG; DOES 1-50, inclusive; individually and in their official capacities and POLICE OFFICERS for the CITY OF PITTSBURG,<br><br>        Defendant. | Case No. C17-228 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>Judge: Hon. Joseph C. Spero |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire action, against Defendants CITY OF PITTSBURG and OFFICER MICHAEL KEEFE, and any and all employees and/or agents of the City of Pittsburg, with prejudice.  Each party agrees to bear its own fees and costs as to this dismissal

/ / /

/ / /

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE, C17-228
JCS

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 26, 2019    Law Offices of Brittany Hendrix-Smith

By: /s/ Smith, Brittany H.
Brittany H. Smith
Attorney for Plaintiff,
WORSTEN ANDREWS

Dated: August 26, 2019    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Rothman, Amy
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
City of Pittsburg and Officer Michael Keefe

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: August 27, 2019    By: _____
Hon. Joseph C. Spero
U.S. Chief Magistrate Judge