FILED

UNITED STATES COURT OF APPEALS

SEP 6 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WORSTEN MACK ANDREWS,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>CITY OF PITTSBURG, a municipal corporation; MICHAEL KEEFE, individually and in his Official Capacity as a Police Officer for the City of Pittsburg,<br><br>　　　　Defendants-Appellants. | No.　19-16399<br><br>D.C. No. 3:17-cv-00228-JCS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 9) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　By: Steven J. Saltiel
　　　　　　　　　　Circuit Mediator

SJS/Mediation